## JONES *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 81, September Term, 1963.]

*Decided December 12, 1963.*

Before the full Court.

PER CURIAM.

For the reasons set forth in the opinion of Judge Dorsey in the lower court, the application for leave to appeal is denied.

*Application denied.*